UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MOHAMMAD GHOUSE                                        DOCKET NO. 3:03-cv-00360

vs.                                                    USCA NO. 03-2483

INS
John Ashcroft, *Hon., Atty Gen*

INDEX TO THE RECORD ON APPEAL

|  | No. of pages |
|---|---|
|  | Document No. |
| PETITION for writ of habeas corpus FILING FEE $5.00 RECEIPT # H008711, doc. #1 | 1 |
| ORDER TO SHOW CAUSE issued Re: Petition for Writ of Habeas Corpus, doc. # 2 | 2 |
| MARSHAL'S return of service on Order to Show Cause executed as to John Ashcroft on 3/17/03, doc. #5 | 3 |
| RESPONSE by INS, John Ashcroft, INS Dist Dir to [1-1] petition, doc. # 6 | 4 |
| AFFIDAVIT of Krishna R. Patel by INS, John Ashcroft, INS Dist Dir Re [6-1] petition response by INS Dist Dir, John Ashcroft, INS, doc. #7 | 5 |
| Response/Reply by Mohammad Ghouse to [6-1] petition response by INS Dist Dir, John Ashcroft, INS, doc. #8 | 6 |
| RULING Granting [1-1] Petition but Relief is Denied, doc. #9 | 7 |
| JUDGMENT Dismissing Case, doc. #10 | 8 |
| NOTICE OF APPEAL of [10-1] judgment order, [9-1] order by Mohammad Ghouse FILING FEE $105.00 RECEIPT #H010002 Certified Copy of Docket and copy of Appeal mailed to USCA, doc. #11 | 9 |
| Acknowledgement of Receipt from Notice of Appeal of 8/1/03, doc. #12 | 10 |

## CERTIFICATION

We hereby certify that a copy of the foregoing Motion was mailed by first class postage prepaid to: Krishna R. Patel, U.S. Attorney's Office-NH, 157 Church Street, 23rd Floor, P.O. Box 1824, New Haven, CT 06510.

December ~~19~~ 24, 2003

By: Tanya T. Dorman, Esq.
DelCastillo & Associates
Counsel for the Respondent