# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2004 JAN 30  P 4: 10
US DISTRICT
BRIDGEPORT

Ghouse

VS.

CV. NO. 3:03 cv 360 (WWE)

USCA NO.  03-2483

INS

## INDEX TO THE RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND  VOLUMES OF ORIGINAL RECORD.
DATE: 1/16/04
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

03/2483