MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

03-2483-pr

---

MOHAMMAD GHOUSE,

Petitioner

v.

IMMIGRATION AND NATURALIZATION SERVICE; John Ashcroft, U.S. Attorney General, INS District Director,

Respondent

---

Case No. 03-cv-360
CT (New Haven)
Eginton, USDJ

FILED
JUL 6 2 25 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ISSUED AS MANDATE: JUN 2 2 2004

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree that the above-captioned petition for review shall be, and hereby is, dismissed with prejudice, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and without costs or attorney's fees to any party.

Dated: New Haven, Connecticut
June 2, 2004

*Krishna Patel*
KRISHNA PATEL
Attorney for Respondent
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Dated: Hartford, Connecticut
June 2, 2004

By: _____
JOSE L. DEL CASTILLO
Attorney for Petitioner
DelCastillo & Associates, L.L.C.
255 Main Street, Suite 2
Hartford, CT 06106

*So Ordered*
FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel

[SEAL: UNITED STATES COURT OF APPEALS FILED JUN 22 2004 SECOND CIRCUIT]

JUN 22 2004

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

1